UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>Defendant. | Case No. 17-CV-00220-LHK<br><br>**ORDER RELATING CASE**<br><br>Re: Dkt. No. 49 |

On February 16, 2017, plaintiffs in the case *Bornstein, et al. v. Qualcomm, Inc.*, filed an administrative motion to consider whether cases should be related. ECF No. 49 ("Motion to Relate"). The Motion to Relate requested that the Court relate the following causes of action to the instant case: (1) *Housenick, et al v. Qualcomm, Inc.*, Case No. 17-CV-675; (2) *Ervin v. Qualcomm, Inc.*, Case No. 17-CV-713; (3) *Carney v. Qualcomm, Inc.*, Case No. 17-CV-743; (4) *Tada, et al. v. Qualcomm Inc.*, Case No. 17-CV-762; and (5) *Crutcher, et al v. Qualcomm, Inc.*, Case No. 17-CV-766 (hereinafter, "the *Crutcher* Action").

On February 28, 2017, the Court granted the Motion to Relate. *See* ECF No. 53. However, the Court inadvertently failed to enumerate the *Crutcher* Action in the list of actions for the Clerk to relate. Accordingly, for the reasons set forth in the Court's February 28, 2017 order,

the Clerk shall relate the later-filed case *Crutcher, et al. v. Qualcomm, Inc.*, Case No. 17-CV-766, to the instant case.

**IT IS SO ORDERED.**

Dated: March 13, 2017

_____
LUCY H. KOH
United States District Judge

2
Case No. 17-CV-00220-LHK
ORDER RELATING CASE