BROWNE GEORGE ROSS LLP
K.C. Maxwell (State Bar No. 214701)
  kmaxwell@bgrfirm.com
David S. Wakukawa (State Bar No. 262546)
  dwakukawa@bgrfirm.com
101 California Street, Suite 1225
San Francisco, California 94111
Telephone: (415) 391-7100
Facsimile: (415) 391-7198

*Counsel for Plaintiffs Janet Ackerman, Allison Tripp, Lindsay Smith, Katie Smith, Kirsten Luenz, Laurel Vener, Stephen Judge, Seth Salenger, Scott Hansen, Joseph Kovacevich, Michelle Reynolds, George Marut, Alan Schlaikjer, Lori Landes, Joyce Grantz, Gabrielle Kurdt, John Solak and Joseph Henderson*
*[Additional Counsel Appear on Signature Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| IN RE: QUALCOMM ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Ackerman, et al. v. Qualcomm Incorporated,*<br><br>5:17-cv-1080-LHK | Case No. 5:17-md-02773 LHK<br><br>**AMENDED NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)**<br><br>Judge:    Hon. Lucy H. Koh<br><br>Trial Date:  None Set |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs in *Ackerman, et al. v. Qualcomm Incorporated*, 5:17-cv-01080, Janet Ackerman, Allison Tripp, Lindsay Smith, Katie Smith, Kirsten Luenz, Laurel Vener, Stephen Judge, Seth Salenger, Scott Hansen, Joseph Kovacevich, Michelle Reynolds, George Marut, Alan Schlaikjer, Lori Landes, Joyce Grantz, Gabrielle Kurdt and John Solak and Joseph Henderson, by and through their counsel, hereby voluntarily dismiss, without prejudice, the Consolidated Action *Ackerman, et al. v. Qualcomm Incorporated*, 5:17-cv-01080 against Defendant Qualcomm Incorporated.  Defendant has not filed or served either an answer or a motion for summary judgment in the action.  Plaintiff Janet Ackerman previously filed a Notice of Voluntary Dismissal in this matter (i.e., *Ackerman, et al. v Qualcomm*, Case No. 5:17-cv-01080, ECF #27), however, the Notice inadvertently did not include all plaintiffs.  This amended Notice of Voluntary Dismissal is intended to correct the earlier Notice by adding all plaintiffs not previously included. Plaintiffs, other than Janet Ackerman, have not previously dismissed an action in any court in the United States or of any state action based on or including the same claims asserted in *Ackerman, et al. v. Qualcomm Incorporated*, 5:17-cv-01080.

Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

Dated: December 15, 2017

Respectfully submitted,

By:
*/s/ KC Maxwell*
KC Maxwell (CA # 214701)
David S. Wakukawa (CA # 262546)
BROWNE GEORGE ROSS LLP
101 California Street, Suite 1225
San Francisco, California  94111
Telephone: (415) 391-7100
Facsimile: (415) 391-7198

Daniel E. Gustafson (MN # 202241)
Daniel C. Hedlund (MN # 258337)
Michelle J. Looby (MN # 0388166)
Daniel J. Nordin (MN # 0392393)
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, Minnesota  55402

Telephone: (612) 333-8844
Facsimile: (612) 339-6622
Email:  dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
dnordin@gustafsongluek.com

Eric D. Barton (MO # 53619)
Tyler W. Hudson (MO # 53585)
David Barclay (MO # 67256)
WAGSTAFF & CARTMELL, LLP
4740 Grand Avenue, Suite 300
Kansas City, Missouri  64112
Telephone: (816) 701-1100
Facsimile:  (816) 531-2372
Email:  ebarton@wagstaffcartmell.com
thudson@wagstaffcartmell.com
dbarclay@wagstaffcartmell.com

Counsel for Plaintiffs Janet Ackerman, Allison Tripp, Lindsay Smith, Katie Smith, Kirsten Luenz, Laurel Vener, Stephen Judge, Seth Salenger, Scott Hansen, Joseph Kovacevich, Michelle Reynolds, George Marut, Alan Schlaikjer, Lori Landes, Joyce Grantz, Gabrielle Kurdt, John Solak and Joseph Henderson